UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY G. ORANGE,<br><br>        Plaintiff,<br><br>    vs.<br><br>SPOKANE COUNTY JAIL, LIEUTENANT HUNT, SHERIFF HUGHES, NURSE DUMPHY, DR. KENNEDY and SPOKANE COUNTY,<br><br>        Defendants. | NO.  CV-06-261-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

    Magistrate Judge Imbrogno recommended on December 14, 2006, that Mr. Orange's request to proceed *in forma pauperis* be denied as it failed to satisfy the exception under 28 U.S.C. § 1915(g).  There being no objection, **IT IS ORDERED** the Report and Recommendation is **ADOPTED in its entirety.**

    Plaintiff was advised if he wished to proceed with this action, he must pay the $350.00 filing fee.  He has not done so.  For the reasons stated above and in the Report and Recommendation (Ct. Rec. 8), **IT IS ORDERED** the application to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

1  enter this Order and forward a copy to Plaintiff, enter judgment and
2  close the file.
3      **DATED** this ___18th___ day of January, 2007.

*s/Lonny R. Suko*

        LONNY R. SUKO
  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2