AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Orange

v.

Lieutenant Hunt, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 06-CV-261-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   The Report and Recommendation is ADOPTED in its entirety. The Application to Proceed In Forma Pauperis is DENIED and this action is DISMISSED.

| | |
|---|---|
| 01/18/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |